# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

December 14, 2021

> The Initial Pretrial Conference scheduled for December 21, 2021 at 11:00 a.m. is adjourned to January 11, 2022 at 11:00 a.m. The parties shall file the joint letter and proposed case management plan and scheduling order by January 4, 2022. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.
>
> SO ORDERED.
>
> Date:   December 14, 2021
>         New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

*Via ECF*
The Honorable John P. Cronan
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Stephens v. Create Restaurants NY Inc., et al., 21-cv-5846 (JPC)*

Dear Judge Cronan:

This firm represents Plaintiff Shaquille Stephens in the above referenced wage and hour/employment discrimination lawsuit brought against Defendants Create Restaurants NY Inc. and NYC 004 213 E 45th St NY LLC. Pursuant to Rule 3(b) of Your Honor's Individual Rules and Practices, we write now, with Defendants' consent, to request that the Court adjourn the initial conference currently scheduled for December 21, 2021, at 11:00 a.m., to January 4, 2022, or to another date thereafter that is convenient for the Court. We make this request because the undersigned has a settlement conference scheduled in another matter pending in New Jersey state court at the same time. This is Plaintiff's first request for an adjournment of the initial conference and if granted, the parties' joint letter and case management plan would be due one week before the rescheduled conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Caitlin Duffy, Esq.
*For the Firm*

To: All counsel *via* ECF