UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SHAQUILLE STEPHENS,                                                     :
                                                                        :
                             Plaintiff,                                 :
                                                                        :           21 Civ. 5846 (JPC)
          -v-                                                           :
                                                                        :           ORDER
                                                                        :
CREATE RESTAURANTS NY INC. *et al.*,                                    :
                                                                        :
                             Defendants.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has reviewed the parties' proposed case management plan, Dkt. 21-1, and finds it to be acceptable. The Court will sign and enter the case management plan on the docket. In light of the parties' agreement that "an initial conference is not necessary," Dkt. 21 at 1, the Initial Pretrial Conference scheduled for January 11, 2022 is adjourned *sine die*.

      SO ORDERED.

Dated: January 4, 2022
      New York, New York

                                             JOHN P. CRONAN
                                          United States District Judge