Case 1:21-cv-05846-JPC   Document 37   Filed 01/12/23   Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHAQUILLE STEPHENS,                                              :
                                                                 :
                            Plaintiff,                           :
                                                                 :    21 Civ. 5846 (JPC)
              -v-                                                :
                                                                 :    ORDER
CREATE RESTAURANTS NY INC., et al.,                              :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On December 13, 2022, the Court directed parties to submit their proposed settlement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 769 F.3d 199 (2d Cir. 2015), by January 10, 2023. Dkt. 36. That deadline has passed, and the docket does not reflect a submission from the parties, or a request for extension of time. Accordingly, the parties' deadline to submit their proposed settlement for *Cheeks* approval is adjourned *sua sponte* to January 17, 2023.

      SO ORDERED.

Dated: January 11, 2023
      New York, New York

                                                 JOHN P. CRONAN
                                        United States District Judge