# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

January 17, 2023

*Via ECF*
The Honorable John P. Cronan
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Stephens v. Create Restaurants NY Inc., et al., 21-cv-5846 (JPC)*

Dear Judge Cronan:

      This firm represents Plaintiff Shaquille Stephens in the above-referenced wage and hour/ employment discrimination lawsuit brought against Defendants Create Restaurants NY Inc. and NYC 004 213 E 45th St NY LLC. On December 12, 2022, the parties informed the Court that they had reached a settlement in principle to resolve this matter. ECF 35. On December 13, 2022, the Court ordered that the parties submit their settlement for a *Cheeks* review by no later than January 10, 2023. ECF 36. Due to a calendaring error, the parties missed that deadline, and on January 12, 2023, the Court ordered that the parties submit their settlement by today. ECF 37. While the parties have exchanged drafts of the settlement agreement and are close to finalizing and then executing it, they need to additional time to do so. As such, we write now, with Defendants' consent, to request that the Court extend the parties' deadline to file their settlement agreement to January 24, 2023.

      We thank the Court for its time and attention to this matter.

                                                            Respectfully submitted,

                                                            Caitlin Duffy, Esq.
                                                            *For the Firm*

To: All counsel *via* ECF

The request is granted. The deadline for the parties to submit their settlement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 769 F.3d 199 (2d Cir. 2015), is adjourned to January 24, 2023.

SO ORDERED.

January 17, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge